Case 3:21-cv-00618-VAB                                                                           8/18/2022

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

AUG 22 2022 AM 11:22
FILED_M- USDC - BPT- C

```
-----------------------------------------x
Fernando G. IRAZU, Pro Se                    3:21 CV 618 (VAB)
Plaintiff

v.

Margarita OLIVA SAINZ DE AJA and
Kevin F. COLLINS, et. al.
Defendants
-----------------------------------------x
```

### PLAINTIFF'S MOTION TO DISQUALIFY

     Fernando G. Irazu (the "Plaintiff") respectfully files a motion to disqualify Judge Victor Bolden and US Magistrate Robert Spector. All of the Plaintiff *pro se*'s statements herein are rooted in matters of fact and law giving rise to an objective, proper and reasonable belief that the assertions are true, which constitute protected constitutional speech per *Sandlin* (*in re, United States District Court v. Sandlin*, 12 F.3d 861 (9th Circuit 1993)) and *Yagman* (*in re, Standing Committee on Discipline of U.S. District Court for Central District of California v. Yagman*, 55 F 3d. 1430 (CA 9, 1995)). The Plaintiff claims prejudices, biases and partiality within respectful and proper ethical standards (*in re, Burton v. Mottolese*, 267 Conn. 1, 51 (2003)), never ludicrous or impermissible allegations (*in re, Statewide Grievance Committee v. Burton*, 299 Conn. 405 (2011)).

### I. PROCEDURAL HISTORY OF THE CASE

**1.** On 5/5/2021 the Plaintiff filed a lawsuit for damages against Margarita OLIVA SAINZ de AJA and Attorney Kevin COLLINS before the Court due to abuse of process and others (# 1). The Plaintiff claimed federal jurisdiction on various grounds –not exclusionary in themselves–: 28 U.S.C. § 1331, §1343, and §1332 (a); 28 U.S.C. § 1332 (a) (diversity of citizenship);

and 42 U.S.C. § 1983. The complaint included claims of abuse of process with fraudulent goals extensive to personnel from the Connecticut legal system and ancillary, including Judge Donna HELLER, Family CaseFlow Coordinator Jeffrey DIAMOND, and several others. In other words, such abuse of process before the local legal system could have not taken place without decisions and rulings out of it, irrespective of any specific immunity applicable to judges acting with jurisdiction and not subject to criminal liability, but never clerks. The Plaintiff had pursued on valid and objective grounds the disqualification of Judge Donna HELLER in 4/2018.

**2.** On that same day, 5/5/2021, the Plaintiff also requested: **(i)** to proceed in *forma pauperis* due to his indigent status as a result of more than a decade of abusive litigation against him in the US and Spain (# 2); and **(ii)**, as an attorney licensed in the State of New York and before the US Supreme Court with good standing, to be granted access to electronic filing (# 3, # 4).

**3.** After more than a year, the Court has not consented and/or rendered final judgment as to whether the Defendant is allowed to produce electronic filings and whether his complaint is accepted under federal jurisdiction. In fact, the Court has still not granted the Plaintiff with access to the legal system via electronic filling, even after knowing this party was compelled to leave the US for Argentina last 7/2021 as indigent per ruling of this same Court. Without electronic filing, the Plaintiff has neither timely access to defend his rights within the legal system nor resources to do so.

**4.** The Defendant did not execute form AO 85 (Rev. 02/17), or consented in any way, shape or form for the case to be referred to any US Magistrate for any final judgment or otherwise.

**5.** On 5/10/2021, Judge Victor Bolden referred the case to US Magistrate Robert Spector for initial review of the Plaintiff's complaint and his motion for leave to proceed in *forma pauperis* (# 8).

**6.** On 5/25/2021 US Magistrate Robert Spector ruled the Plaintiff was indigent and ordered him to proceed *in forma pauperis* (# 9) upon the following terms:

> *"Section 1915 provides, in relevant part: [A]ny court of the United States may authorize the commencement of any suit . . . without prepayment of fees or security therefor, by a person who submits an affidavit that includes a statement of all assets such [person] possesses that the person is unable to pay such fees or give security therefor. 28 U.S.C. § 1915(a)(1).*

8/18/2022

*The same statute that authorizes the Court to grant in forma pauperis status to a plaintiff also contains a provision that protects against the abuse of this privilege. Subsection (e) provides that the Court "shall dismiss the case at any time if the court determines that . . . the action . . . (i) is frivolous or malicious; (ii) fails to state a claim upon which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B)."*

7. In short, US Magistrate Robert Spector also ruled the Plaintiff was not abusing such privilege in the sense his complaint is not frivolous, malicious or alike –the truth of the matter. 28 U.S.C. § 1915(e)(2)(B). Judge Victor Bolden affirmed this ruling.

8. Having said that, on 5/25/2021, US Magistrate Robert Spector somehow implicitly ruled none of the grounds put forward by this party that give access to federal jurisdiction in this case seemed acceptable to him, since he focused exclusively on a § 1983 claim for the Plaintiff to attain federal jurisdiction. Under this rationale, US Magistrate Robert Spector recommended the complaint to be dismissed *without prejudice*, unless amended per such premise before 6/15/2021 (# 10).

9. In other words, US Magistrate Robert Spector compelled the Defendant to amend his complaint under 42 U.S.C. § 1983 in order to include State-actors as defendants, namely Connecticut officials –Mr. Jeffrey DIAMOND, Family CaseFlow Coordinator of the Stamford Courthouse was noted in one his footnotes, and/or any others–, otherwise no other valid jurisdictional grounds shall open federal jurisdiction to this party.

10. On 6/2/2021, the Plaintiff filed a motion for clarification (# 11) and objections (# 12) to such ruling (# 10) insofar all of the other grounds that do grant federal jurisdiction to this party in the present case, namely: 28 U.S.C. § 1331, §1343, and §1332 (a); as well as 28 U.S.C. § 1332 (a) (diversity of citizenship).

11. The question then is as follows: Why would the Defendant be compelled to make a § 1983 case alone for his complaint to proceed in federal court –already deemed not frivolous, malicious or alike to grant him the right to proceed *in forma pauperis*–, when there are other valid grounds giving room for federal jurisdiction apart from such specific provision? The Plaintiff did pose such inquiry to the Court by requesting the following relief last 6/2/2021:

*"1. Whether the recommendation for dismissal in the Order of the Court refers exclusively to claims under 42 U.S.C. § 1983; thus unrelated to federal jurisdictional basis pursuant to 28 U.S.C. § 1331, §1343 as well as § 1332 (a) –no objections were noted as to the latter in the Order of the Court, including any formal standards. If such were the case, whether the Plaintiff's complain can*

3

*advance within the Court regardless of any preliminary observations as to claims pursuant to 42 U.S.C. § 1983. If not, what those concerns would be in connection with 28 U.S.C. § 1331, §1343 as well as § 1332 (a).*

*2. Whether the explanations provided by the Plaintiff herein suffice to comply with the aforesaid recommendation of the Court regarding the need for the Plaintiff to set forth facts in support of his contention that "the defendants acted in concert with state actors in depriving him of his constitutional rights" pursuant to 42 U.S.C. § 1983.*

*3. If 1 and 2 receive a negative and/or qualified response, whether the Plaintiff can amend his complaint within the statutory time from the date the Court clarifies and rules on the issues respectfully elaborated herein."*

**12.** On 6/2/2021, the Plaintiff also filed a sealed motion for leave to file under seal as well as numerous exhibits with critical evidence validating his claims (# 13, # 14, # 15), including those regarding defamation[1] that ignited an abusive process within and outside the legal systems of Connecticut and Spain, which as a whole exceeds 13 years and currently entails plain fraudulent activity from the other side. This whole situation has recently created a conflict of international public laws between sovereign nations as long as the Plaintiff is located in Argentina and is also subject to its sovereign laws in matters of public order. The Plaintiff has requested for a federal prosecutor to intervene in such proceedings at the local level.

**13.** Furthermore, on 6/2/2021, both Judge Bolden and US Magistrate Robert Spector were put on notice via written missive the Plaintiff was compelled to leave the country –as a US citizen– for Argentina due to harsh financial conditions, among others. On this occasion, as stated, the Plaintiff equally highlighted the need for him to have access to electronic filing to be able to plead for justice.

**14.** On 6/15/2021, Judge Victor Bolden simply affirmed without further due the rulings from US Magistrate Robert Spector, and gave the Plaintiff until 7/9/2021 to amend his complaint as requested by such prior magistrate. Judge Victor Bolden, at this juncture, denied as moot the pending motion to participate in electronic filling.

**15.** On 6/18/2021, following orders from the Court, the Plaintiff filed an amended complaint including Mr. Jeffrey DIAMOND, Family CaseFlow Coordinator from the Stamford

---

[1] All in all, considering that in 2009 the Plaintiff had been falsely accused of abuse and threats in anticipation and in the midst of contentious divorce proceedings triggered by Ms. Margarita OLIVA SAINZ de AJA, while later aided and abetted by Mr. Kevin COLLINS and others for years. A damaging ignominy of unspeakable magnitude, already corroborated by multiple exhibits submitted to the Court.

4

8/18/2022

Courthouse, as a defendant in his personal and official capacity. Judge Victor Bolden once again referred the matter to US Magistrate Robert Spector.

**16.** Since 7/2021 the Plaintiff has been residing in Argentina and pleading for justice before the Connecticut legal system, where the Defendants are carrying out a fraudulent scheme to substantially deprive him of his remaining patrimony in life: a crime that can only be consummated by legal decree. The rulings from US Magistrate Robert Spector curtail the possibility of revising such criminal scheme with civil implications within federal jurisdiction.

**17.** Applicable law to US Magistrates and federal judges states as follows:

"**FED. R. CIV. P. Rule 72. Magistrate Judges: Pretrial Order** (a) NONDISPOSITIVE MATTERS. When a pretrial matter not dispositive of a party's claim or defense is referred to a magistrate judge to hear and decide, the *magistrate judge must promptly* conduct the required proceedings and, when appropriate, issue a written order stating the decision. A party may serve and file objections to the order within 14 days after being served with a copy. A party may not assign as error a defect in the order not timely objected to. The district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law. (b) DISPOSITIVE MOTIONS AND PRISONER PETITIONS. (1) *Findings and Recommendations.* A ***magistrate judge must promptly conduct the required proceedings when assigned, without the parties' consent***, to hear a pretrial matter dispositive of a claim or defense or a prisoner petition challenging the conditions of confinement. A record must be made of all evidentiary proceedings and may, at the magistrate judge's discretion, be made of any other proceedings. The magistrate judge must enter a recommended disposition, including, if appropriate, proposed findings of fact. The clerk must promptly mail a copy to each party. (2) *Objections.* Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. A party may respond to another party's objections within 14 days after being served with a copy. Unless the district judge orders otherwise, the objecting party must promptly arrange for transcribing the record, or whatever portions of it the parties agree to or the magistrate judge considers sufficient. (3) *Resolving Objections.* The ***district judge must determine de novo any part of the magistrate judge's disposition that has been properly objected to. The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions.***"

**18.** After almost 10 months, on 3/8/2022 –international woman's day–, US Magistrate Robert Spector ruled the Plaintiff's complaint –as amended by his express directives seeking a § 1983 claim– must be dismissed *with prejudice*. US Magistrate Robert Spector did not act promptly or diligently under the law, rather with biases, partiality and prejudices foreign to the facts at hand. Along these lines, Judge Victor Bolden did not provide a *de novo* determination, addressing the proper legal issues posed by this party –corroborated by pre-trial evidence before him–, in order to substantiate his

5

8/18/2022

rulings as a federal judge. The Plaintiff's complaint was in fact *"purposely parked"* without any formal third-party intervention in this process so far, during a period of more than a year in the "go-in-between" US Magistrate Robert Spector and Judge Victor Bolden.

**19.** On 3/14/2022 the Plaintiff filed by mail a *Motion for Order and Objections* (# 20) as well as confirmed his *Change of Address* (# 21) after his prior written communication to the Court of 6/2021.

**20.** The Plaintiff being allowed to proceed in *forma pauperis* without having the opportunity to produce electronic filings is like acknowledging the Plaintiff's harsh burdens with one hand but ignoring them with the other one. The Plaintiff is still indigent as much as the causes prompting his quest for justice. And Judge Bolden has still refused to rule on this case for the Plaintiff to have his pleadings heard in federal court.

## II.   FACTUAL AND LEGAL GROUNDS FOR DISQUALIFICATION

**21.** Applicable law regarding disqualification of judges and magistrates states as follows:

**28 U.S. Code § 455 - Disqualification of justice, judge, or magistrate judge.** (a) Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned. (b) He shall also disqualify himself in the following circumstances: (1) Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding; …"

**22.** Historically, there has been little argument about the need for recusal when the magistrate or judge has somehow a vested personal interest in the case and/or is directly related to some of the parties or lawyers involved in the dispute.[2] On the contrary, the issue of suspicion and/or actual personal biases, prejudices, partiality, hostility or animosity is never a clear-cut answer because it goes to the inner motivations, beliefs, feelings and/or attitudes of the specific magistrate or judge. It is always a matter of personal integrity directed towards another person, and this party claims such is the present case.

**23.** The US Supreme Court in 1955 clarified that lack of "personal bias" is as a matter of sheer fact an issue of "constitutional validity."

---

[2] John Frank, *Disqualification of Judges*, 56 Yale Law Journal 605 (1947).

8/18/2022

"A fair trial in a fair tribunal is a basic requirement of due process. Fairness of course requires an absence of actual bias in the trial of cases. But our system of justice has always endeavored to prevent even the probability of unfairness... Such a stringent rule may sometimes bar trial by judges who have no actual bias and who would do their best to weigh the scales of justice equally between contending parties. But to perform its high function in the best way "justice must satisfy the appearance of justice.", *in re, Murchison*, 349 U.S. 133, 136 (1950).

**24.** Neither US Magistrate Robert Spector nor Judge Bolden have a direct personal financial interest in the outcome of this case, and, as far as this party is concerned, they are not directly related to Kevin COLLINS, Jeffrey DIAMOND and/or Margarita OLIVA SAINZ de AJA. Incompetence and/or squabbled reasonable legal views would fall outside the case under consideration. There is no reasonable explanation for their rulings, which reflect biases, partiality and prejudices, if it were not for defamation endured by this party throughout legal proceedings of more than 13 years,[3] and other factors foreign to the Plaintiff as further elaborated below.

**25.** Knowing with full certainty that the Plaintiff is indigent and with health issues, that his life has been literally destroyed through abusive proceedings within the Connecticut legal system as well as Spain, and that he was prompted to leave the US for Argentina unemployed and in such conditions last 7/2021, the Plaintiff was not only denied the possibility of electronic filing –as a licensed US attorney– but also the case was delayed for more than a year without any formal third-party intervention. As of today, the complaint is to be dismissed *with prejudice* based on US Magistrate Robert Spector's ruling, after this party having been compelled to amend it by prior rulings from both US Magistrate Robert Spector and Judge Victor Bolden under penalty of dismissal *without prejudice*.

**26.** A timely access to effective justice is an elementary human right, protected by the due process and equal protection clauses at the constitutional level, as well as sheltered by the American Convention of Human Rights (articles 8, 24, and 25) –of which this party is a subject to.

**27.** There is no sensible explanation for the rulings and dynamics described herein unless there is a willingness not to ventilate in federal court the performance of certain local officials, exclusively added or not to the complaint per command of this very same Court, or simply the Plaintiff happens not to be the preferred plaintiff of both US Magistrate Robert Spector and Judge Victor

---

[3] Idem 1, 6, 7, 8, 9, 10, 11.

Bolden. Either way, those premises represent an unacceptable standard deserving of objective disqualification under the law in the present case.

28. Relying on the presumable accuracy of publicly available statistics,[4] Judge Victor Bolden appears to have time available to entertain and rule in a case affecting someone he declared indigent under federal law more than a year ago, who had to leave his country –the United States– because of the wrongdoings described in the complaint filed before him, and who has been waiting for an equal amount of time for him to even decide whether his complaint is accepted in federal court. The aforesaid is not only unreasonable but reproachable under any professional standards, needless to say when predicated from federal judges or magistrates in this country.

29. During the senate confirmation hearings to become a federal judge, Mr. Victor Bolden stated:[5] *"I believe unequivocally in the rule of law. It is essential to this nation's success and I am committed to maintaining it. If confirmed, I would only issue decisions grounded in precedent and the text of the law, rather than any ideology or other motivation."* The prior was rendered within the context of formal questions and answers in writing as a result of some of his prior ideological statements indicating that *"[judges] should tip the scale on behalf of demographic groups"*, instead of following the law without prejudice, as well as that *"[b]lack men must take on the awesome task of saying to this society, which is dominated by a white patriarchy, that it must change drastically and that they will not cooperate in the continued oppression of women."* Mr. Bolden later clarified such prior *"statement challenges African-American men to be concerned about society being fair for and to women, ensuring that women are treated with dignity and respect."*

30. The Plaintiff argues Judge Victor Bolden and US Magistrate Robert Spector have not applied the law impartially to him, after having claimed and proven such is also the case within the local legal system in Connecticut –Family CaseFlow Coordinator Jeffrey DIAMOND, Judge Donna HELLER, Judge Margarita HARTLEY-MOORE, etc. Please do note that local legal proceedings started in Connecticut in 2009 and the Plaintiff was in fact subject to police abuse in Greenwich and a variety of other criminal behaviors. It is true that the Plaintiff was categorized as "Hispanic" as a

---

[4] www.insight.rpxcorp.com
[5] Senator Grassley Question for the Record, Victor Allen Bolden, Nominee, U.S. District Judge for the District of Connecticut; Ana Radelat, *Bolden nomination to U.S. court advances despite GOP opposition*, the CT mirror, 9/18/2014.

result of his place of origin, Argentina –a geographic categorization–, as much as that he is a Caucasian of Western European heritage with a standard personality, a committed Catholic of a lifetime, and someone with conservative views reflected in different academic forums and publications.[6]

**31.** The Plaintiff never argued discrimination as part of an insular minority, rather as any US citizen might face such a wrongdoing as a result of unjust behaviors within the local State-structure –first and foremost the legal system–, precisely from officials who can "single-out" any father with religious and/or ideological beliefs not in line with theirs. As highlighted in previous filings, the Plaintiff was falsely accused on record of being an Argentinean Nazi, anti-Semitic or white supremacist by Attorney Kevin COLLINS –seeking to preclude him from even having his case heard via some *Strobel* order and "leave to file" protocol, among other sanctions–, when most if not all relevant judges and clerks in such proceedings had some sort of Jewish background and/or relationship (quoting specific caselaw under those concrete premises, *in re, Anthony R. Martin-Trigona,* Docket 83-7534, U.S. Court of Appeals, 2d. Cir., 6/18/94, 1256);[7] as well as falsely deemed as a an abuser of women[8] and children,[9] when not a minority who could sue public officials, the Town of Greenwich

---

[6] Fernando Irazu, *Freedom and Law*, First Edition Publishing (6/7/2021).
https://www.amazon.com/Freedom-Law-Fernando-Irazu-ebook/dp/B096WB2N4Y; among others.

[7] "ATTORNEY COLLINS: … if one reads *In Re Martin-Tragona, one case almost the repetitiveness of this; everybody is against me because of what I am.* In In Re Martin-Tragona the basis was *everything involved is Jewish; the judge is Jewish; the bankruptcy trustee is Jewish, the clerk is Jewish, the lawyers are Jewish …* And now this is where we get to where *we can't allow for any reason someone like Mr. Irazu to come in to this court and claim that somehow, Judge Heller is against him because he is a Caucasian male, a naturalized U.S. citizen pursuant to, quote unquote, extraordinary abilities under U.S. immigration laws. Born in Buenos Aires, Argentina, South American* -- THE COURT: I did -- I read it. ATTORNEY COLLINS: …I think Judge Heller was a model, a model of neutrality. And when the other side –somebody's ultimately not going to win. And just because you don't win doesn't mean that the judge is against you; it means you didn't carry your burden or you didn't have a good case coming in.", Official Transcripts, Representation of Kevin COLLINS before Judge Robert Genuario, 4/23/2018.

[8] "THE COURT: The charges, whatever they were, have all been expunged. The file has been sealed. The arrest record of your arrest should be expunged also. I don't know whether you have to move – file a motion for that, but – … MR. IRAZU: Thank You, Your Honor.", Official Transcripts, Divorce Trial Judge Dennis Harrigan, 6/4/2010, page 93. *"Motion for Return and Destruction of Fingerprints, Arrest Card, Photographs, Physical Description, Electronic Records and Ancillary Documentation"* of 1/13/2012, # CRO90165772S, # CRO90168728S, *State of Connecticut v. Fernando Gabriel Irazu*, granted on 1/30/2012 by Judge Richard Comerford.

[9] "February 20, 2009. Dear Mr. Irazu, This letter is to inform you that the *Department of Children and Families* has completed the investigation that was reported on 1/8/09. The allegations of physical neglect will not be substantiated against you. This is based on interviews with you, your family, and services connected with you. At this time your case will be closed as of the date above, with the following expectations: Ensure that you provide adequate supervision, care, and attention to your children Ines, Victoria and Martin Irazu. Ensure that you will not expose your children to any domestic violence. For you and children's mother follow up with

8/18/2022

and/or the State of Connecticut because of his South American place of origin pursuant to § 1983 claims.[10] The aforesaid generated severe discriminatory hostility against the Plaintiff, which he previously framed within the boundaries of *in re, Yick Wo v. Hopkins*, 118 U.S. 356 (1886), *Masterpiece Cakeshop v. Colorado Civil Rights Commission*, 584 U.S.__ (2018), as well as *Del Marcelle v. Brown County Corp.*, 680 F.3d 887 (7th Cir. 2012).[11]

  **32.** In other words, there is no need to belong to certain insular minority based on race or demography, as well as sex and/or self-identifying sexual orientation or preferences for someone to be discriminated, persecuted and subjected to multiple wrongdoings. A white and heterosexual father –subject to defamation or not–, with religious and/or secular beliefs not in sync with those of certain public officials can indeed suffer such ignominy. And the level of judicial scrutiny shall be the same. If there is a § 1983 claim available to the Plaintiff, this is the one, irrespective of any of the aforementioned accidents of skin color, sex, and similar. The issue precluding that type of wrongdoing is the very same dignity bestowed on any American. Therefore, the basic right not to be treated in an unequal fashion at the State level by others, including insular minorities who might dislike the victim of such abusive behavior and transform themselves altogether as a particular majority in any given time before him.

  **33.** The Plaintiff's life and views do not appear to be in sync in any way, shape of form with some of the views harbored by Judge Victor Bolden, and the specific approach and references in

---

individual and marriage counseling. Should you have any questions or concerns regarding the outcome of this matter, please feel free to contact me at the number listed below. Respectfully," Letter of 2/20/2009 from the *Department of Children and Families*, State of Connecticut, Ethel Moore, Social Worker-Investigation.

[10] "THE COURT: You can certainly testify about everything that's happened to you ... MR. IRAZU: And -- yes. And to conclude, he certainly has, as a former head of investment banking at JP Morgan for an entire region and division, a pretty good understanding of what can happen to a professional *who is considered like a criminal. Mentally insane, and an abuser.* So -- which [are] *the allegations that I've been dealing with since my divorce.* And whether Mr. Collins is concerned about protecting certain groups, I have no intention of suing anybody. I could have already done so. THE COURT: Now, we're not talking about that. MR. IRAZU: Okay.", Official Transcripts, Hearing before Judge Donna Heller, 7/11/2017.

[11] In this precedent the discriminatory element was present and recognized by the court, and a white family was compelled to sell their home and move out of town due to harassment from certain gang. However, the court did not find the police liable towards the victims because there is no obligation to provide private security to someone in particular 24/7. In the Plaintiff's case at inception, we are talking precisely of certain police officers, firefighters and members of the local legal system, among others, assuming such a role directly in favor of a woman who had filed criminal charges against her husband in anticipation and/or in the midst of divorce proceedings. In fact, the police were guilty of brutality and various misdeeds, and some judges residing in Greenwich and/or the area lent a blind eye to it, while others took an active role in the civil defense of a now single-mother versus a defamed father. This is a defamatory scheme with mixed ideological leaning up to now.

8/18/2022

the rulings hereby, questioned as outside the rule of law with partiality, biases and prejudices, cannot be explained beyond such dichotomy. The Plaintiff does not fall within the demographics and causes Judge Victor Bolden expressed to be in need of advancement from within the legal system.

### III. LEGAL AND EQUITABLE RELIEF

**WHEREFORE**, the Plaintiff respectfully pleads the Court to appoint an independent panel of judges, as a matter of due process and swift access to justice, to rule on the motion herein in order to:

1. Disqualify both US Magistrate Robert Spector and federal Judge Victor Bolden from officiating in these legal proceedings again.
2. Grant the Plaintiff access to electronic filing.
3. Order the Plaintiff's complaint to follow its due course in federal court, with the possibility of amending it due to more recent events and parties involved therein.
4. Appoint a new judge to preside over this case.

DATED in Buenos Aires, ARGENTINA, on August 18, 2022.

By: Fernando G. IRAZU, *Pro Se, Plaintiff*
Attorney at Law
Billinghurst 1656
Buenos Aires, 1425
ARGENTINA
fgirazu@gmail.com
+5411-4824-1067